*Formatted for Electronic Distribution*                                                                                          *For Publication*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF VERMONT

_____

**Michael F. Montagne,**                                                                     Chapter 12 Case
                  **Debtor-in-Possession.**                                          # 08-10916

_____

**Ag Venture Financial Services, Inc.,**
                **Plaintiff,**
          v.                                                                                  Adversary Proceeding
**Michael F. Montagne,** *et al.*,                                                                # 08-1023
                **Defendants.**

_____

*Appearances:*    Lisa Chalidze, Esq.                                              Gary Franklin, Esq. and
                        *for Diane Montagne*                                          *Douglas Wolinsky, Esq.*
                        Lauren Kolitch, Esq.                                         *for Ag Venture Financial*
                        *for John Montagne*                                             *Services, Inc.*

## ORDER
### GRANTING AG VENTURE'S CROSS-MOTION FOR SUMMARY JUDGMENT AND DENYING DIANE MONTAGNE'S AND JOHN MONTAGNE'S MOTION FOR SUMMARY JUDGMENT ON PRIORITY OF SECURITY INTERESTS IN CASH PROCEEDS

For the reasons set forth in the memorandum of decision of even date, THE COURT FINDS that Ag Venture Financial Services, Inc. has first a perfected first priority security interest in the proceeds from the Debtor's sale of Montagne Heifers Inc. collateral (livestock) superior to that of Diane Montagne and John Montagne.

Accordingly, IT IS HEREBY ORDERED that Ag Venture's cross-motion for summary judgment (doc. # 119) is GRANTED and Diane Montagne and John Montagne's motion for summary judgment on this same issue is DENIED.

SO ORDERED.

August 13, 2009                                                                                             _____
Rutland, Vermont                                                                                          Colleen A. Brown
                                                                                                  United States Bankruptcy Judge

*Filed & Entered*
*On Docket*
*August 13, 2009*