## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF VERMONT

| | |
|---|---|
| **Michael F. Montagne,**  Debtor-in-Possession. | **Chapter 12 Case # 08-10916** |
| **Ag Venture Financial Services, Inc.,** Plaintiff, v. **Michael F. Montagne,** *et al.,* Defendants. | Filed & Entered On Docket September 2, 2009 — **Adversary Proceeding # 08-1023** |
| *Appearances:* Lisa Chalidze, Esq. for Diane Montagne  Lauren Kolitch, Esq. for John Montagne | Gary Franklin, Esq. and Douglas Wolinsky, Esq. for Ag Venture Financial Services, Inc. |

### AMENDED ORDER
### GRANTING AG VENTURE'S CROSS-MOTION FOR SUMMARY JUDGMENT AND DENYING DIANE MONTAGNE'S AND JOHN MONTAGNE'S MOTION FOR SUMMARY JUDGMENT ON PRIORITY OF SECURITY INTERESTS IN CASH PROCEEDS[1]

For the reasons set forth in the amended memorandum of decision of even date, THE COURT FINDS that Ag Venture Financial Services, Inc. has first a perfected first priority security interest in the proceeds from the Debtor's sale of Montagne Heifers Inc. collateral (livestock) superior to that of Diane Montagne and John Montagne.

Accordingly, IT IS HEREBY ORDERED that Ag Venture's cross-motion for summary judgment (doc. # 119) is GRANTED and Diane Montagne and John Montagne's motion for summary judgment on this same issue is DENIED.

SO ORDERED.

September 1, 2009
Rutland, Vermont

Colleen A. Brown
United States Bankruptcy Judge

---

[1] This Amended Order is entered to conform with the Amended Memorandum of Decision in this case, which was entered to modify the last sentence of Material Undisputed Fact #10.