Filed & Entered
On Docket
September 30, 2009

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF VERMONT

| | |
|---|---|
| **Michael F. Montagne,**<br>　　　　Debtor-in-Possession. | Chapter 12 Case<br># 08-10916 |
| **Ag Venture Financial Services, Inc.,**<br>　　　　Plaintiff,<br>　　v.<br>**Michael F. Montagne,** *et al.,*<br>　　　　Defendants. | Adversary Proceeding<br># 08-1023 |

*Appearances:*   Lisa Chalidze, Esq.          Gary Franklin, Esq. and
　　　　　　　　for Diane Montagne          Douglas Wolinsky, Esq.
　　　　　　　　　　　　　　　　　　　　　　for Ag Venture Financial
　　　　　　　　　　　　　　　　　　　　　　 Services, Inc.

### ORDER
### DENYING AG VENTURE FINANCIAL SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT AND DENYING DIANE MONTAGNE'S CROSS-MOTION FOR SUMMARY JUDGMENT ON THE FRAUDULENT TRANSFER CAUSE OF ACTION

For the reasons set forth in a memorandum of decision of even date,

THE COURT HEREBY FINDS that Ag Venture has demonstrated that Diane Montagne was an "insider" and that the subject transfer was concealed from Ag Venture, thus establishing "badges of fraud" under 9 V.S.A. § 2288(b)(1) and (3).

However, THE COURT ALSO FINDS that it is premature to determine whether Ag Venture is entitled to entry of a fraudulent transfer judgment against Diane Montagne, as transferee, in connection with the transfer of a certain $240,000 check by MHI/Michael Montagne because the parties have not yet presented evidence on, and the Court has not yet determined, whether that transfer by MHI/Michael Montagne constitutes a fraudulent transfer under Vermont law.

IT IS THEREFORE ORDERED that Ag Venture Financial Services, Inc.'s motion for summary judgment on the fraudulent transfer cause of action (doc. # 250) is denied, and Diane Montagne's cross-motion for summary judgment on the fraudulent transfer cause of action (doc. # 292) is likewise denied.

SO ORDERED.

September 30, 2009                                                              Colleen A. Brown
Rutland, Vermont                                                              United States Bankruptcy Judge