# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF VERMONT

_____

**In re:**

**Michael F. Montagne,**                                                          **Chapter 12 Case**
               **Debtor.**                                                        **# 08-10916**

_____

**Ag Venture Financial**
**Services, Inc.,**
               **Plaintiff,**
          v.                                                                      **Adversary Proceeding**
**Michael F. Montagne, John Montagne,**                                           **# 08-1023**
**Diane Montagne, Montagne Heifers, Inc.,**
**Patenaude Grain, Ltd.,**
**Bourdeau Brothers, Inc.,**
               **Defendants.**

_____

*Appearances:*   *Gary Franklin, Esq. for Ag Venture Financial Services, Inc.*
                 *Lisa Chalidze, Esq. for Diane Montagne*

### ORDER
### GRANTING SUMMARY JUDGMENT TO AG VENTURE FINANCIAL SERVICES, INC. ON
### THE CONVERSION OF COLLATERAL CAUSE OF ACTION
### AGAINST DIANE MONTAGNE

For the reasons set forth in a memorandum of decision of even date, IT IS HEREBY ORDERED that Ag Venture Financial Services, Inc.'s motion for summary judgment (doc. # 250) on the conversion of collateral claim against Diane Montagne (Count XII in its amended complaint, doc. # 30) is granted.

SO ORDERED.

November 17, 2009                                                                 Colleen A. Brown
Rutland, Vermont                                                                  United States Bankruptcy Judge

Filed & Entered
On Docket
November 17, 2009