# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF VERMONT

_____

**In re:**

    **Michael F. Montagne,**       Chapter 12 Case
        **Debtor.**      # 08-10916

_____

Filed & Entered
On Docket
December 18, 2009

**Ag Venture Financial Services, Inc.,**

        Plaintiff,

       v.      **Adversary Proceeding**

**Michael F. Montagne, John Montagne,**      **# 08-1023**
**Diane Montagne, Montagne Heifers, Inc.,**
**Patenaude Grain, Ltd., Bourdeau Brothers, Inc., Inc.**
        **Defendants.**

_____

*Appearances:*     Lisa Chalidze, Esq.      Gary L. Franklin, Esq.
                Benson, VT      Douglas J. Wolinsky, Esq.
                For Diane Montagne      Primmer Piper Eggleston & Cramer PC
                     Burlington, VT
                     For Ag Venture Financial Services, Inc.

## ORDER
### GRANTING SUMMARY JUDGMENT TO AG VENTURE FINANCIAL SERVICES, INC., DISMISSING EIGHT CAUSES OF ACTION IN DIANE MONTAGNE'S COUNTERCLAIM, AND DENYING DIANE MONTAGNE'S CROSS-MOTION FOR SUMMARY JUDGMENT

For the reasons set forth in the memorandum of decision of even date, the Court grants Ag Venture's motion for summary judgment (doc. # 250) and dismisses the breach of contract, breach of good faith and fair dealing, negligence, negligent provision of pecuniary information, fraudulent inducement/fraud/negative deceit, express and positive fraud, lender control over a borrower, and interference with actual and/or prospective contractual relations causes of action in Diane Montagne's Counterclaim, and denies Mrs. Montagne's cross-motion for summary judgment on these claims (doc. # 272/292). The remaining claims – unclean hands, punitive damages, and indemnification – remain outstanding.

    SO ORDERED.

                                                                             */s/ Colleen A. Brown*

Rutland, Vermont                                          Colleen A. Brown
December 18, 2009                                    United States Bankruptcy Judge