*Formatted for Electronic Distribution*                                              *For Publication*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF VERMONT

_____

**In re:**
    **Michael F. Montagne,**       Chapter 12 Case
           **Debtor.**       # 08-10916

_____

**Ag Venture Financial Services, Inc.,**
           **Plaintiff,**
    **v.**       Adversary Proceeding
**Michael F. Montagne, et al.,**       # 08-1023
           **Defendants.**

_____

Filed & Entered On Docket May 10, 2010

*Appearances:*       Lisa Chalidze, Esq.       Gary L. Franklin, Esq.
            Benson, VT       Douglas J. Wolinsky, Esq.
            *For Diane Montagne*       Primmer Piper Eggleston & Cramer PC
                  Burlington, VT
                  *For Ag Venture Financial Services, Inc.*

## ORDER
### GRANTING SUMMARY JUDGMENT TO AG VENTURE FINANCIAL SERVICES, INC. AS TO REMAINING COUNTERCLAIMS OF DIANE MONTAGNE

For the reasons set forth in the memorandum of decision of even date, IT IS HEREBY ORDERED that Ag Venture's motion for summary judgment on Diane Montagne's remaining counterclaims for indemnification and punitive damages is GRANTED.

SO ORDERED.

May 10, 2010                    Colleen A. Brown
Burlington, Vermont             United States Bankruptcy Judge